A 
 □□ Le 
COVINGTON Covington & Burling LLP | □□ □□ 
 One CityCenter | □□ 
BEIJING BRUSSELS DUBAI JOHANNESBURG LONDON 850 Tenth Street, NW i mad 
LOS ANGELES NEW YORK SAN FRANCISCO SEOUL Washington. pc 20001-49 med S 
 NG, 1 ON.VALLE WASHINGTON T +1202 662 6000 | 
JEMO ENDORSED lesz |é 
 We Z 5S □□ 
 ja □□□ □ 
 October 22,2021 & & 
 eh Hom * □□ 
The Honorable Louis L\¢tanton ii 2 3 □ 3 
United States District Court for the Southern District of New York | ~AawWAaAo 
500 Pearl Street, Courtroom 21-C = □□□ 
New York, New York 10007 
 Re: MV Realty, PBC, LLC, v. Innovatus Capital Partners, LLC (1:18-ev- 
 07142); Innovatus v. Neuman et. al. (4:18-cev-04252) 
Dear Judge Stanton: 
 We write on behalf of MV Realty to respectfully request permission to file under seal 
portions of MV’s October 22, 2021 pre-motion conference letter. Dkt. 213. That letter refers to, 
quotes, and contains information from documents that have been designated by Innovatus as 
“Highly Confidential” under the Protective Order. 
 Although there is a presumption in favor of public access to judicial documents, a court 
may seal judicial documents if “closure is essential to preserve higher values and closure is 
narrowly tailored to serve that interest.” Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110, 
120 (2d Cir. 2006). The Protective Order provides: “Where any Confidential or Highly 
Confidential Materials, or Information derived therefrom, is included in any motion or other 
proceeding in this Proceeding, the Parties and any involved non-party shall follow the 
procedures outlined in Fed. R. Civ. P. 5.2, the Standing Order Regarding Electronic Filing Under 
Seal in Civil and Miscellaneous Cases dated December 19, 2019, and the Individual Rules of 
Practice issued by the Court, or any Standing Procedural Order subsequently issued by the 
Court.” On June 1, 2021, the Court entered an Order in connection with Innovatus’ request to 
seal certain portions of MV’s May 24, 2021 letter, which provided further guidance regarding the 
standard for sealing. See Dkt. 171. 
 Accordingly, MV requests permission to file portions of its October 22, 2021 letter under 
seal, subject to Innovatus’ position as to whether the letter should be sealed. 
 Sincerely, 

 elev» s/ Jason C. Raofield 
lee scaled 5A ut A “WY fap. th, Jason C. Raofield 

 Recordon phy Wo. wppAre m □□□ 5 

 □□ . | ta f ea ee ‘